Daniel Feinberg (SBN 135983)
Nina Wasow (SBN 242047)
Sacha Steinberger (SBN 253823)
LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.
476 - 9th Street
Oakland, CA  94607
Tel.: (510) 839-6824
Fax: (510) 839-7839
dfeinberg@lewisfeinberg.com
nwasow@lewisfeinberg.com
ssteinberger@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNE PAEK, <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA and THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN, <br><br> Defendants. | Case No. 3:12-cv-04739-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> **Action Filed September 11, 2012** |

Plaintiff Joanne Paek ("Plaintiff") and Defendants Life Insurance Company of North America and The Permanente Medical Group, Inc. Long Term Disability Plan ("Defendants"), by and through their respective counsel of record, hereby stipulate to the following facts and request that the Court issue an Order to continue the Case Management Conference in the above-captioned matter, as set forth below.

　　　　WHEREAS, Plaintiff filed her Complaint in this matter on September 11, 2012;

STIPULATION AND P̶R̶O̶P̶O̶S̶E̶D̶ ORDER TO
CONTINUE CMC
Case No. 3:12-cv-04739-JSW

1

1  WHEREAS, the matter was initially assigned to Magistrate Judge Nathanael Cousins;

2  WHEREAS, the matter was re-assigned to the Honorable Charles R. Breyer (see Dkt. No.

3  14);

4  WHEREAS, the matter was re-assigned to the Honorable Jeffrey S. White (see Dkt. No.

5  17);

6  WHEREAS, the initial Case Management Conference is scheduled for Friday, January 4,

7  2013, at 1:30 p.m. (see Dkt. No. 20);

8  WHEREAS, lead counsel for Plaintiff, Daniel Feinberg, will be out of town on January 4,

9  2013;

10  WHEREAS, the parties have scheduled a mediation for January 18, 2013; and

11  WHEREAS, the parties would like to have sufficient time to include the results of the

12  mediation in the Joint Case Management Statement, which is due five court days prior to the

13  Conference;

14  THEREFORE, Plaintiff and Defendants hereby stipulate to continuing the initial Case

15  Management Conference to February 1, 2013, at 1:30 p.m.

16

17  **IT IS SO STIPULATED.**

18

19  Dated: Dec. 18, 2012          LEWIS, FEINBERG, LEE, RENAKER & JACKSON,

20                                                  P.C.

21                                                By:        /s/

22                                                    Daniel Feinberg
                                                      Nina Wasow
23                                                    Sacha Steinberger
                                                      Attorneys for Plaintiff
24                                                    JOANNE PAEK

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER TO
CONTINUE CMC                                           2
Case No. 3:12-cv-04739-JSW

| | | |
|---|---|---|
| 1 | Dated: Dec. 18, 2012 | WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP |

By: \_\_\_\_\_/s/\_\_\_\_\_
Sean P. Nalty
Sheena V. Jain
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA AND THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN

**ATTESTATION**

I hereby attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

Dated: Dec. 18, 2012      By: \_\_\_\_\_/s/\_\_\_\_\_
Daniel Feinberg
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA 94607-4048
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 2, 2013

*Jeffrey S. White*

Honorable Jeffrey S. White

STIPULATION AND PROPOSED ORDER TO CONTINUE CMC
Case No. 3:12-cv-04739-JSW

3