Daniel Feinberg (SBN 135983)
Nina Wasow (SBN 242047)
Sacha Steinberger (SBN 253823)
LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.
476 - 9th Street
Oakland, CA  94607
Tel.: (510) 839-6824
Fax: (510) 839-7839
dfeinberg@lewisfeinberg.com
nwasow@lewisfeinberg.com
ssteinberger@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNE PAEK, <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA and THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN, <br><br> Defendants. | Case No. 3:12-cv-04739-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> **Action Filed September 11, 2012** |

Plaintiff Joanne Paek ("Plaintiff") and Defendants Life Insurance Company of North America and The Permanente Medical Group, Inc. Long Term Disability Plan ("Defendants"), by and through their respective counsel of record, hereby stipulate to the following facts and request that the Court issue an Order to continue the Case Management Conference in the above-captioned matter, as set forth below.

WHEREAS, Plaintiff filed her Complaint in this matter on September 11, 2012;

WHEREAS, the matter was initially assigned to Magistrate Judge Nathanael Cousins;

WHEREAS, the matter was re-assigned to the Honorable Charles R. Breyer (see Dkt. No. 14);

WHEREAS, the matter was re-assigned to the Honorable Jeffrey S. White (see Dkt. No. 17);

WHEREAS, the initial Case Management Conference is scheduled for Friday, January 4, 2013, at 1:30 p.m. (see Dkt. No. 20);

WHEREAS, lead counsel for Plaintiff, Daniel Feinberg, will be out of town on January 4, 2013;

WHEREAS, the parties have scheduled a mediation for January 18, 2013; and

WHEREAS, the parties would like to have sufficient time to include the results of the mediation in the Joint Case Management Statement, which is due five court days prior to the Conference;

THEREFORE, Plaintiff and Defendants hereby stipulate to continuing the initial Case Management Conference to February 1, 2013, at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: Dec. 18, 2012          LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: _____/s/_____
Daniel Feinberg
Nina Wasow
Sacha Steinberger
Attorneys for Plaintiff
JOANNE PAEK

| | | |
|---|---|---|
| 1 | Dated: Dec. 18, 2012 | WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP |

By:  _____/s/_____
    Sean P. Nalty
    Sheena V. Jain
    Attorneys for Defendants
    LIFE INSURANCE COMPANY OF NORTH AMERICA AND THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN

**ATTESTATION**

I hereby attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

Dated: Dec. 18, 2012    By: _____/s/_____
    Daniel Feinberg
    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
    476 9th Street
    Oakland, CA 94607-4048
    Telephone: (510) 839-6824
    Facsimile: (510) 839-7839

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 2, 2013    _/s/ Jeffrey S. White_
    Honorable Jeffrey S. White

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
Case No. 3:12-cv-04739-JSW

3