| | |
|---|---|
| 1 | SEAN P. NALTY (SBN 121253) |
|   | Email:  Sean.Nalty@WilsonElser.com |
| 2 | SHEENA V. JAIN (SBN 251912) |
|   | Email:  Sheena.Jain@WilsonElser.com |
| 3 | **WILSON, ELSER, MOSKOWITZ,** |
|   | **EDELMAN & DICKER LLP** |
| 4 | 525 Market Street – 17th Floor |
|   | San Francisco, California 94105-2725 |
| 5 | Telephone:    (415) 433-0990 |
|   | Facsimile:    (415) 434-1370 |
| 6 | |
|   | Attorneys for Defendants, |
| 7 | **LIFE INSURANCE COMPANY OF NORTH AMERICA** |
|   | and **THE PERMANENTE MEDICAL GROUP, INC.** |
| 8 | **LONG TERM DISABILITY PLAN** |
| 9 | DANIEL FEINBERG (SBN: 135983) |
|   | Email:  dfeinberg@lewisfeinberg.com |
| 10 | NINA WASOW (SBN: 242047) |
|    | Email: nwasow@lewisfeinberg.com |
| 11 | SACHA STEINBERGER (SBN: 253823) |
|    | Email:  ssteinberger@lewisfeinberg.com |
| 12 | **LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.** |
|    | 476 - 9th Street |
| 13 | Oakland, California 94607 |
|    | Telephone:    (510) 839-6824 |
| 14 | Facsimile:    (510) 839-7839 |
| 15 | Attorneys for Plaintiff, |
|    | **JOANNE PAEK** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE PAEK, | Case No.: 3:12-cv-04739-JSW |
| Plaintiff, | **NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE THE FEBRUARY 1, 2013 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA and THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN, | Action Filed: September 11, 2012 |
| Defendants. | |

1

NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE THE FEBRUARY 1, 2013 CASE
MANAGEMENT CONFERENCE; [PROPOSED] ORDER

984047.1                                                                                  Case No.: 3:12-cv-04739-JSW

TO THE COURT AND TO THE ATTORNEYS FOR RECORD IN THIS ACTION:

1. **Notice of Settlement**

Please be advised that on January 30, 2013, plaintiff Joanne Paek and defendants Life Insurance Company of North America and The Permanente Medical Group Inc. Long Term Disability Plan (collectively "the Parties") reached a settlement of this matter. The Parties need 30 days to complete the documentation associated with this settlement. The Parties anticipate submitting a stipulation of dismissal once the settlement documentation is completed.

2. **Stipulation to Continue the February 1, 2013 CMC in this Matter**

Based on the settlement, the Parties, through their counsel of record, hereby stipulate that the February 1, 2013 Case Management Conference in this matter can be continued 30 days to a date covenant for the Court.

**IT IS SO STIPULATED.**

Dated: January 30, 2013                    WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER LLP

                                    By:    /s/ Sean P. Nalty
                                           SEAN P. NALTY
                                           SHEENA JAIN
                                           Attorneys for Defendants,
                                           **LIFE INSURANCE COMPANY OF
                                           NORTH AMERICA** and **THE
                                           PERMANENTE MEDICAL
                                           GROUP, INC. LONG TERM
                                           DISABILITY PLAN**

Dated: January 30, 2013                    **LEWIS, FEINBERG, LEE, RENAKER &
                                           JACKSON, P.C.**

                                    By:    /s/ Daniel Feinberg
                                           DANIEL FEINBERG
                                           NINA WASOW
                                           SACHA STEINBERGER
                                           Attorneys for Plaintiff,
                                           **JOANNE PAEK**

1  [PROPOSED] ORDER

2  Having been advised of the settlement of this matter, and based on the stipulation of he
3  parties in his action, the Court hereby continues the February 1, 2013 case management conference
4  in this matter to __March 8__, 2013. A case management conference statement must be
5  submitted 7 days prior to this date.

6  **IT IS SO ORDERED.**

7  Dated: __January 31__, 2013

   *[signature: Jeffrey S. White]*

8  HONORABLE JEFFREY S. WHITE
   United States District Judge