SEAN P. NALTY (SBN 121253)
Email: Sean.Nalty@WilsonElser.com
SHEENA V. JAIN (SBN 251912)
Email: Sheena.Jain@WilsonElser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants,
**LIFE INSURANCE COMPANY OF NORTH AMERICA**
and **THE PERMANENTE MEDICAL GROUP, INC.**
**LONG TERM DISABILITY PLAN**

DANIEL FEINBERG (SBN: 135983)
Email: dfeinberg@lewisfeinberg.com
NINA WASOW (SBN: 242047)
Email: nwasow@lewisfeinberg.com
SACHA STEINBERGER (SBN: 253823)
Email: ssteinberger@lewisfeinberg.com
**LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.**
476 - 9th Street
Oakland, California 94607
Telephone:    (510) 839-6824
Facsimile:    (510) 839-7839

Attorneys for Plaintiff,
**JOANNE PAEK**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE PAEK,<br><br>               Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN,<br><br>               Defendants. | Case No.: 3:12-cv-04739-JSW<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE THE FEBRUARY 1, 2013 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Action Filed: September 11, 2012 |

1

TO THE COURT AND TO THE ATTORNEYS FOR RECORD IN THIS ACTION:

1.      **Notice of Settlement**

Please be advised that on January 30, 2013, plaintiff Joanne Paek and defendants Life Insurance Company of North America and The Permanente Medical Group Inc. Long Term Disability Plan (collectively "the Parties") reached a settlement of this matter.  The Parties need 30 days to complete the documentation associated with this settlement.  The Parties anticipate submitting a stipulation of dismissal once the settlement documentation is completed.

2.      **Stipulation to Continue the February 1, 2013 CMC in this Matter**

Based on the settlement, the Parties, through their counsel of record, hereby stipulate that the February 1, 2013 Case Management Conference in this matter can be continued 30 days to a date covenant for the Court.

**IT IS SO STIPULATED.**

Dated: January 30, 2013

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:     _/s/ Sean P. Nalty_
SEAN P. NALTY
SHEENA JAIN
Attorneys for Defendants,
**LIFE INSURANCE COMPANY OF NORTH AMERICA and THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN**

Dated:  January 30, 2013

**LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.**

By:     _/s/ Daniel Feinberg_
DANIEL FEINBERG
NINA WASOW
SACHA STEINBERGER
Attorneys for Plaintiff,
**JOANNE PAEK**

NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE THE FEBRUARY 1, 2013 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

984047.1

Case No.: 3:12-cv-04739-JSW

# ~~[PROPOSED]~~ ORDER

Having been advised of the settlement of this matter, and based on the stipulation of he parties in his action, the Court hereby continues the February 1, 2013 case management conference in this matter to ___March 8___, 2013.  A case management conference statement must be submitted 7 days prior to this date.

**IT IS SO ORDERED**.

Dated: __January 31_____, 2013

HONORABLE JEFFREY S. WHITE
United States District Judge

---

3

NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE THE FEBRUARY 1, 2013 CASE
MANAGEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER

984047.1                                              Case No.: 3:12-cv-04739-JSW