SEAN P. NALTY (SBN 121253)
Email: Sean.Nalty@WilsonElser.com
SHEENA V. JAIN (SBN 251912)
Email: Sheena.Jain@WilsonElser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants,
**LIFE INSURANCE COMPANY OF NORTH AMERICA**
and **THE PERMANENTE MEDICAL GROUP, INC.**
**LONG TERM DISABILITY PLAN**

DANIEL M. FEINBERG (SBN: 135983)
Email: dfeinberg@lewisfeinberg.com
NINA WASOW (SBN: 242047)
Email: nwasow@lewisfeinberg.com
**LEWIS, FEINBERG, LEE RENAKER & JACKSON, P.C.**
476 9th Street
Oakland, CA 94607
Telephone:    (510) 839-6824
Facsimile:    (510) 839-7389

Attorneys for Plaintiff,
**JOANNE PAEK**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE PAEK,<br><br>            Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN,<br><br>            Defendants. | Case No.: 3:12-cv-04739-JSW<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER**<br><br><br><br>Action Filed: September 11, 2012 |

   IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff JOANNE PAEK, and defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN, and their attorneys of record, that the parties have resolved this matter in its entirety.

1

IT IS HEREBY AGREED that the complaint on file herein shall be dismissed with prejudice, each side to bear their own attorney's fees and costs.

Dated: March 4, 2013

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  /s/ Sean P. Nalty
SEAN P. NALTY
SHEENA V. JAIN
Attorneys for Defendants,
**LIFE INSURANCE COMPANY OF NORTH AMERICA and THE PERMANENTE MEDICAL GROUP, INC. LTD PLAN**

Dated: March 4, 2013

LEWIS, FEINBERG, LEE RENAKER & JACKSON, P.C.

By:  /s/ Daniel M. Feinberg
DANIEL M. FEINBERG
NINA WASOW
Attorneys for Plaintiff,
**JOANNE PAEK**

### [PROPOSED] ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorney's fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 4, 2013

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE